**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-03086-MSK

JULIE A. ALLEN,

      Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Opinion and Order of Chief Judge Marcia S. Krieger [Docket No. 21] entered on December 18, 2013 it is

      ORDERED that in this Social Security appeal of Plaintiff Julie A. Allen, the decision of the administrative Law Judge is reversed and remanded for an immediate award of benefits, and FINAL JUDGMENT is entered in favor of Plaintiff Allen and against Defendant Commissioner.  It is further

      ORDERED that upon application made within 14 days, Ms. Allen shall be entitled to an award of reasonable attorneys fees pursuant to the EAJA.  It is further

      ORDERED that Plaintiff shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 19th day of December, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk